Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

#FW037741

# UNITED STATES DISTRICT COURT
for the

District of _____

Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 9 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Kimberly Montgomery
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Equifax
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 4-22CV-174-Y
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kimberly Montgomery
   Street Address: 661 Shotwell St.
   City and County: Crowley (Tarrant)
   State and Zip Code: Texas, 76036
   Telephone Number: 817-849-4606
   E-mail Address: Kymberlyt3@sbcglobal.net

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
  Name: Equifax
  Job or Title (if known):
  Street Address: 1550 Peachtree St. N.W
  City and County: Atlanta, Fulton
  State and Zip Code: Georgia 30309
  Telephone Number: 1-888-378-4329
  E-mail Address (if known): Cust.serv@equifax.com

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Section 616-617 Civil liability*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Kimberly Montgomery__, is a citizen of the State of *(name)* __Texas__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) __Experian__, is incorporated under the laws of the State of (name) __Texas__, and has its principal place of business in the State of (name) __Texas__.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am suing Experian in the amount of $85,000 for damages to my credit report. I have requested on more then 4 occassions to remove fradulent information & 2 accounts remain causing my personal & business credit to suffer resulting in a 70% decrease in business.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1.) I claim Experian has refused to remove 2 fradulent accounts. causing devestating business plans. I have been requesting removal for over the last 2 years to no avail. I have included Police reports of fraud online attached.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request immediate removal of accts below

* Acima Digital FKA Simp - acct Number 7479  Fraud

* Capital One -    517 80585   Fraud

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-9-2022

Signature of Plaintiff: *K. Montgomery*
Printed Name of Plaintiff: Kimberly Montgomery

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

# Crowley Police Department
*617 Bus FM 1187 West, Crowley, TX 76036*

---

**Name:**         **DOB:**         **Race: Sex: DL:**         **SSN:**

**Role:** Offender

## Incident INVOLVED PERSONS/ORGANIZATIONS Report

**Name:**              **DOB:**           **Race:**      **Sex:**    **DL:**              **SSN:**

**Role(s):** Suspect

Montgomery, Kimberly Michelle        04/25/1972        Black        Female
**Role(s):** Victim
**Last Known:** 661 SHOTWELL St, Crowley TX 76036
**Cell Phone:** (817) 849-4606

## Incident PROPERTY Report

**Item Name:** Identity
**Recorded:** 08/28/2019                                **Status:** Stolen
**Jurisdiction:** Yes                                   **Item Type:** Other
**Make/Brand:**                                         **Model:**
**Size/Year:**                                          **Color:**
**Serial No/VIN:**                                      **Structure:**
**Pieces/Quantity:** 1                                  **Units:**
**Total Value:** $710.63                                **Supplement:** Primary
**Involved:** Montgomery, Kimberly Michelle (Victim)
              (Suspect)
**Description:**

**ORI:** TX2200600     **Incident No:** 1900019899     **Date:** 07/27/2021

## Incident

| | | | | |
|---|---|---|---|---|
| **CAD NO.** 1900022593 | **Other No.** N/A | **Type:** Criminal | **Date Occured:** 2019-08-28 09:31 | **Inc Status:** Open |
| **Report By:** Minton, James (#323) | | **Report Date:** 08/28/2019 | | |
| **Approved By:** Gwin, Mathew (#) | | **Approved Date:** 09/03/2019 | | |
| **Audited by:** Gwin, Mathew (#) | | **Audited Date:** 09/03/2019 | | |
| **Clear Date:** | **Exc Clear:** | **Family Violence:** No | | |
| **Investigator:** White, Joshua (#312) | | **Inv Status:** Closed | | |

**Description:**
Officers investigated a report of identity theft.

## Incident OFFENSE Report

**Offense No:** 1      **Offense Recording Date:** 08/28/2019

| | | | |
|---|---|---|---|
| **Offense Begin Date:** 06/18/2019 | **Offense End Date:** 07/15/2019 | **Entry Method:** | **Attempt/Complete:** Completed |
| **Drug Seized:** No | **Gang Related:** No | **Hi-Speed Pursuit:** No | **Weapons Used:** N/A |
| **Offense Code:** 32.51(c)(1) | **Offense:** FRAUD USE/POSS IDENTIFYING INFO # ITEMS < 5 | | **No. of Premises:** |
| **Bias Motivation:** | **Agg Asslt/Homic. Circumst.:** | | **Supplement:** |

**Offense Address:**
661 SHOTWELL St, Crowley TX 76036

**Remarks:**

### Suspect(s)

| Name: | DOB: | Race: | Sex: | DL: | SSN: |
|---|---|---|---|---|---|

### Victim(s) (Persons)

| Name: | DOB: | Race: | Sex: | DL: | SSN: |
|---|---|---|---|---|---|
| Montgomery, Kimberly Michelle | 04/25/1972 | Black | Female | | |

    **Last Known:** 661 SHOTWELL St, Crowley TX 76036
    **Cell Phone:** (817) 849-4606

**Other Involved Person(s) for this Offense:**

# Crowley Police Department
## Narrative

Date of report: 2019-08-28                                  Case Number: 1900019899

Incident Number :1900019899

Axon Camera X8132966

On Wednesday 8-28-19 at approximately 0931 hours, I, Officer Minton #323, while in full-uniform was dispatched to the PD Lobby in reference to identity theft. Upon arriving, I met with the victim identified as Montgomery, Kimberly (B/F DOB 042572) who told me the following.

She received a call from her bank that there was suspicious activity on her account on 7-23-19. She banks with Mobility Credit Union located at 8384 N. Belt Line Rd. Irving, Tx 75063 1(800)388-7889. Kimberly told the bank that her MasterCard was in her purse and had not been out of her possession. The bank had her complete affidavits regarding the account.

Kimberly was told that her banking information had been used (9) nine times in Oklahoma City, OK. Kimberly told the bank that all (9) nine charges were fraudulent and she has not been to Oklahoma City. The following fraudulent charges appeared on her account: (1) 7/19/19 OnQue $94.47; (2) 7/20/19 OnQue $56.33; (3) 7/20/19 OnQue $49.69; (4) 7/22/19 OnQue $85.97; (5) 7/22/19 OnQue $74.72 (6) 7/22/19 OnQue $85.34; (7) 7/22/19 OnQue $94.81; (8) 7/22/19 OnQue $74.52; (9) 7/22/19 OnQue $94.78 for a total of $710.63. OnQue is a convenience store with fuel pumps in Oklahoma City, OK.

The bank closed her account and she was re-issued another account and debit card. Kimberly completed a witness statement and provided a print out of the account activity which is hi-lited. The only other documentation Kimberly provided was an email that was sent to her from her bank on 8-26-19 saying they were trying to contact her regarding her account. Kimberly forwarded it to me and it has been printed out and attached to the report. All Coban video from Unit #112 and all Axon body camera video were uploaded to the server.

Kimberly said that she has contacted the (3) three main credit reporting agencies and they show fraud on her credit report as well.

EOR/Minton #323

Officer: Minton, James                              Approving Supervisor: Gwin, Mathew

Page 1

# Supplement

Date of report: 2019-08-28                                  Case Number: 1900019899-1

Incident Number :1900019899

Supplemented by:White, Joshua

Date of Supplement: 09/12/2019 09:28

At this time all of the information will be forwarded to the Oklahoma City Police Department for further investigation.

End of Supplemental Report

Det J. White #312

Officer: White, Joshua                          Approving Supervisor: White, Joshua

Page 1

Acknowledgment Notary Certificate (Only for use in AR, AZ, CO, CT, DC, DE, GA, ID, IA, IL, KS, KY, MA, MD, ME, MN, MO, MT, NH, NJ, NM, NY, NV, NC, OH, OK, OR, PA, RI, SC, TX, UT, VA, WA)

Document Name: _Fraud Victim_

STATE OF _Texas_
COUNTY OF _Tarrant_
(County where notarization occurred)

K. Montgomery

This record was acknowledged before me on _21_ day of _July_, 20_21_, by
_____ (name(s) of signer(s)), who personally appeared before me and (is personally known to me or whose identity was proved on the basis of satisfactory evidence) to be the person whose name is subscribed to in this document.

JOAN L RICHARDSON
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-15-22
Notary ID # 875545-7

_____
(Signature of notary public)

_Joan L Richardson_, Notary Public
(Name of notary public)

My commission expires: _7-15-22_

**Official Seal**

Personally known _____ OR
Produced identification _____ Type of identification produced: _TX DL_



JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kimberly Montgomery

## DEFENDANTS
Equifax

**(b) County of Residence of First Listed Plaintiff:** Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant:** Collin County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*

RECEIVED
MAR - 9 '22

**Attorneys** *(If Known)*

4-22CV-174-Y

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

(checked: 360 Other Personal Injury; 440 Other Civil Rights)

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Section 617 & 616
Brief description of cause: Items on Credit report are fraudulent & Demand removal

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 85,000
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____