UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KIMBERLY MONTGOMERY | § | |
| | § | |
| VS. | § | CASE NO. 4:22-CV-174-Y |
| | § | |
| EQUIFAX | § | |

**FINAL JUDGMENT**

In accordance with the order issued on this same day and Federal Rule of Civil Procedure 58, all of Plaintiff's claims against Defendant in this action are hereby **DISMISSED WITHOUT PREJUDICE**. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring same.

SIGNED June 15, 2022.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT – PAGE SOLO